UNITED STATES of America,
Plaintiff–Appellee,

v.

Michael A. CLARK, Defendant–
Appellant.

No. 15–7770.

United States Court of Appeals,
Fourth Circuit.

Submitted: Feb. 23, 2016.

Decided: Feb. 26, 2016.

Michael A. Clark, Appellant Pro Se. Richard Daniel Cooke, Assistant United States Attorney, Richmond, Virginia, for Appellee.

Before MOTZ and GREGORY, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Michael A. Clark appeals the district court's order denying his motions for re-

duction of sentence, 18 U.S.C. § 3582 (2012). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Clark*, No. 3:00–cr–00244–REP–1 (E.D.Va. Oct. 28, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*